1  DAVID M. GIVEN, SBN 142375
   PHILLIPS, ERLEWINE & GIVEN LLP
2  50 California Street, 32nd Floor
   San Francisco, CA 94111
3  Tel: 415-398-0900
   Fax: 415-398-0911
4  dmg@phillaw.com

5  Attorneys for Plaintiff

6

7

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  BRIAN JONESTOWN MASSACRE, a doing business as designation for ANTON NEWCOMBE, an individual, | Case No: |
| 13 | |
| 14 | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| 15         Plaintiff, | |
| 16     vs. | **JURY TRIAL DEMANDED** |
| 17  JEFFREY DAVIES, an individual, | |
| 18 | |
| 19         Defendant. | |

20

21         Plaintiff alleges as follows:

22         1.      BRIAN JONESTOWN MASSACRE is the professional name, recording

23  project, live performance art and life's work of plaintiff ANTON NEWCOMBE, which

24  he began about 25 years ago in San Francisco.  Since that beginning, Newcombe has

25  produced, recorded and released more than a dozen albums of original music and played

26  in venues across the country and throughout the world as BRIAN JONESTOWN

27  MASSACRE.  He has done so with a revolving cast of musicians numbering 40 or more

28  over the years.  At all relevant times, Newcombe has managed, directed, supervised and

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

1
**COMPLAINT FOR DECLARATORY RELIEF**

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd<sup>h</sup> Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

1  overseen the work of BRIAN JONESTOWN MASSACRE and has, with very limited

2  exception, been cited as and credited for its entire creative output.

3        2.      From the very beginning of BRIAN JONESTOWN MASSACRE,

4  Newcombe has exercised sole and exclusive ownership, administration and/or control of

5  that creative output without interruption or objection of any kind.  More recently he has

6  done so through two associated business entities, a Recordings Ltd., a United Kingdom

7  limited company, and Tepid Peppermint Wonderland Music (ASCAP), a doing business

8  as designation, both of which he controls.

9        3.      Enter one, defendant JEFFREY DAVIES.  Almost 15 years after

10  performing with Newcombe, Davies appeared with a Los Angeles-based lawyer by his

11  side, threatening suit and laying claim to a long list of BRIAN JONESTOWN

12  MASSACRE works.  As might be expected, these works consist of musical

13  compositions – almost all of which Newcombe wrote in whole or substantial part – and

14  recorded musical performances – all of which Newcombe produced and recorded at his

15  own expense as well as directed and in which he was the featured performer, musician

16  and vocalist.  All of the foregoing musical compositions and sound recordings are

17  copyrighted or copyrightable works.

18        4.      Davies' inspiration in emerging literally out of nowhere with these claims

19  more likely than not derived from the well-known and by-now ubiquitous use of a

20  BRIAN JONESTOWN MASSACRE work entitled "Straight Up and Down" as the

21  theme for the hit HBO series *Boardwalk Empire*, now in its fourth season – a use

22  Newcombe paid his professional representatives to help secure.   Toward the end of the

23  period during which Davies performed with Newcombe, Newcombe conceded a portion

24  of his songwriting in three musical compositions to Davies and the parties prepared and

25  submitted contemporaneous copyright registrations to the U.S. Copyright Office

26  reflecting that arrangement.  As it turns out, one of those three musical compositions was

27  "Straight Up and Down."

28

5.       Newcombe brings this civil action for declaratory and injunctive relief to clarify his and Davies' rights in and to the creative output of BRIAN JONESTOWN MASSACRE.

## JURISDICTION AND VENUE

6.       This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) & (b) in that it arises under the applicable Acts of Congress relating to copyright.

7.       The acts and conduct described below were in whole or in part conceived, carried out and made effective within the Northern District of California.  Both Newcombe and Davies transact or have transacted business within this District.

8.       Venue is proper in this District pursuant to 28 U.S.C. §1391(b) in that a substantial part of the events giving rise to the claims in issue occurred here.

## THE PARTIES

9.       Plaintiff BRIAN JONESTOWN MASSACRE is a doing business as designation for ANTON NEWCOMBE, an individual residing in Berlin, Germany.   The BRIAN JONESTOWN MASSACRE project, which continues to this day, is Newcombe's brainchild, and he in turn is the driving creative force behind it.

10.       Defendant JEFFREY DAVIES is an individual who, on information and belief, resides in the State of California.  Davies performed as a guitar player with Newcombe off-and-on during the years 1992-99 while the BRIAN JONESTOWN MASSACRE project and Newcombe were based in San Francisco and Los Angeles.

## CLAIM FOR DECLARATORY RELIEF

11.       According to Davies' lawyer, the musical compositions or songs in controversy are listed on Exhibit A attached hereto; the sound recordings in controversy are listed on Exhibit B attached hereto.  The musical compositions and sound recordings shall be referred to collectively as the "Subject Works."

12.       There is an actual and justiciable controversy between the parties.  Davies claims that he has (a) an ownership interest in whole or in part in the copyrights in and to

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

3
**COMPLAINT FOR DECLARATORY RELIEF**

all of the Subject Works, (b) the right to a share of all gross monies received by Newcombe from the use of the Subject Works, and (c) the right to such monies with interest from "inception" of the Subject Works (i.e., circa 1992-99).

13. Newcombe concedes that Davies has a 50% ownership interest in the copyrights in and to the three songs for which there are contemporaneous copyright registrations, but no other Subject Works. Moreover, he stands ready, willing and able to account and pay Davies for his portion of the monies received from the use of those songs – the copyrights in and to which he has controlled and administered at all relevant times – net of actual bona fide commissions, fees and other expenses incurred in connection with the receipt of those monies, but only for the applicable three-year limitations period under 17 U.S.C. § 507(b).

14. A judicial declaration of the parties' respective rights and obligations in relation to the Subject Works is necessary and appropriate.

15. Accordingly, Newcombe seeks a judgment declaring the parties' respective rights and obligations as set forth below.

## PRAYER FOR RELIEF

WHEREFORE, Newcombe respectfully requests judgment against Davies as follows:

1. A declaration that (a) Davies neither had nor has any interest in any of the Subject Works other than a 50% ownership interest in the copyrights in and to the three songs entitled "Straight Up and Down," "Straight Up and Down II" and "Monster," (b) Davies has a right only to 50% of the monies received by Newcombe from the use of those songs, net of actual bona fide commissions, fees and other expenses incurred in connection with the receipt of those monies, and (c) Davies' right to his portion of such monies is limited to the applicable three-year limitations period under 17 U.S.C. § 507(b).

2. An injunction restraining Davies, his agents, representatives, and all persons acting in concert with him or them, from making any further false claims or

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd⁰ Floor
San Francisco, CA   94111
Telephone:  (415) 398-0900

1    representations that Davies is an owner of any of the other Subject Works, and otherwise

2    acting contrary to this Court's declaration of rights;

3         3.    Costs and attorneys' fees incurred herein; and

4         4.    Such other and further relief as this Court deems just.

5

6    Dated: August 28, 2013              PHILLIPS, ERLEWINE & GIVEN LLP

7

8                                   By: /s/ David M. Given
                                        David M. Given
9                                       Attorneys for Plaintiff

10

11                        **DEMAND FOR JURY TRIAL**

12        Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules

13   of Civil Procedure.

14   Dated: August 28, 2013              PHILLIPS, ERLEWINE & GIVEN LLP

15

16

17                                  By: /s/ David M. Given
                                        David M. Given
18                                      Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd$^h$ Floor
San Francisco, CA   94111
Telephone:   (415) 398-0900

**COMPLAINT FOR DECLARATORY RELIEF**

# EXHIBIT A

# EXHIBIT A

## (Musical Compositions or Songs)

1.   *That Girl Suicide*

2.   *Hyper-ventilation*

3.   *Straight Up and Down\**

4.   *Monster\**

5    *(I Love You) Always*

6.   *Straight Up and Down II\**

7.   *Stolen*

8.   *Jeremy Davies' Tall Tale*

\* Per Copyright Reg. No. PA0000936415 (effective date May 3, 1999), words and music 50% A. Newcombe, 50% J. Davies.

# EXHIBIT B

# EXHIBIT B

## (Sound Recordings)

Album Title: **Space Girl and Other Favorites (1993)**

1.    *Crushed*
2.    *That Girl Suicide*
3.    *When I was Yesterday*

Album Title: **Methodrone (1995)**

1.    *Wisdom*
2.    *Crushed*
3.    *That Girl Suicide*
4,    *Wasted*
5.    *Hyper-ventilation*

Album Title: **Take It from the Man! (1996)**[*]

1.    *Vacuum Boots*
2.    *Who!*
3.    *Oh Lord*
4.    *Caress*
5.    *Straight Up and Down*
6.    *Monster*
7.    *BSA*
8.    *Mary, Please*
9.    *Cabin Fever*
10.   *The B Song*
11.   *Straight Up and Down* - long version

Album Title: **Their Satanic Majesty's Second Request (1996)**[†]

1.    *Anenome*

---

[*] Per Copyright Reg. No. SR0000261839 (effective date May 3, 1999), sound recording 100% A. Newcombe.

[†] Per Copyright Reg. No. SR0000261840 (effective date May 3, 1999), sound recording 100% A. Newcombe.

Album Title: **Thank God for Mental Illness (1996)**[‡]

1.   *Spanish B*
2.   *13*
3.   *The Ballad of Jim Jones*
4.   *Too Crazy to Care*
5.   *Sound of Confusion* (medley)

Album Title: **Strung Out in Heaven (1998)**

1.   *Going To Hell*
2.   *Jennifer*
3.   *I've Been Waiting*
4.   *Wisdom*
5.   *Dawn*

Album Title: **Bravery, Repetition and Noise (2001)**

1.   *Just for Today*
2.   *Nevertheless*
3    *You Have Been Disconnected*
4.   *Leave Nothing for Sancho*
5.   *(I Love You) Always*

Album Title: **If I Love You E.P. (2001)**

1.   *You Have Been Disconnected*
2.   *Swallowtail*
3.   *The Quiet Song*

---

[‡] Per Copyright Registration Application (received May 15, 1997), all sound recordings 100% A. Newcombe.

Album Title: **Tepid Peppermint Wonderland: A Retrospective (2004)**

1. *Who!\**
2. *Straight Up and Down\**
3. *Anenome†*
4. *Wisdom*
5. *Just for Today*
6. *Vacuum Boots\**
7. *That Girl Suicide*
8. *Nevertheless*
9. *Let Me Stand Next To Your Flower* (live)
10. *Hide And Seek* (live)
11. *Mary, Please\**
12 *Oh Lord\**
13. *Swallowtail* (live)
14. *The Ballad of Jim Jones‡*
15. *Sue*

Album Title:        **Love E.P. (1998)**

1. *I've Been Waiting*

Album Title: **Singles Collection 1992-2011 (2011)**

1. *Anenome†*

Album Title: **Harbor Boat Trips: 01 Copenhagen** by Trentemoller **(2009)**

1. *Anenome†*