# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN JONESTOWN MASSACRE, a doing business as designation for ANTON NEWCOMBE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY DAVIES, an individual, <br><br> Defendant. | Case No. 13-cv-04005 NC <br><br> **ORDER TO SUBMIT LETTER BRIEF** <br><br> Re: Dkt. No. 46 |

On June 11, 2014, the parties submitted a joint case management statement, which included a request that the Court set a briefing schedule for a pending discovery dispute. The parties are advised to familiarize themselves with the undersigned judge's standing order, which explains how parties are to submit discovery disputes to the Court. The parties are ordered to submit a joint letter brief, in conformance with the requirements of the standing order, by Tuesday, June 17 at 12:00 p.m. The Court will address the discovery dispute at the CMC on Wednesday, June 18 at 10:00 a.m.

IT IS SO ORDERED.

Date: June 13, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge