DAVID M. GIVEN (State Bar No. 142375)
CARI A. COHORN (State Bar No. 249056)
ALEXANDER H. TUZIN (State Bar No. 267760)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Telephone: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
cac@phillaw.com
aht@phillaw.com

Attorneys for Plaintiff and Counterdefendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JONESTOWN MASSACRE, a doing business as designation for ANTON NEWCOMBE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY DAVIES,<br><br>Defendant. | Case No: CV-13-04005-NC<br><br>**NOTICE OF SETTLEMENT; [PROPOSED] ORDER** |
| JEFFREY DAVIES,<br><br>Counterclaimant,<br><br>v.<br><br>ANTON NEWCOMBE,<br><br>Counterdefendant. | |

**NOTICE OF SETTLEMENT; [PROPOSED] ORDER — Case No. 13-cv-04005-NC**

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd[h] Floor
San Francisco, CA 94111
Telephone: (415) 398-0900

Plaintiff and Counterdefendant Anton Newcombe and Defendant and Counterclaimant Jeffrey Davies (collectively the "Parties") have reached an agreement to settle the above-entitled action, including all claims and counterclaims, and have executed a formal and binding settlement agreement. Accordingly, the Parties jointly submit this Notice of Settlement and respectfully request that the Court take all pending dates off-calendar but retain jurisdiction of the case until the filing of a stipulation for mutual dismissal. Certain terms of the settlement are to be performed on or before December 15, 2014, and if performed, will result in the parties filing a stipulation for mutual dismissal of the entire action on that date.

Dated: October 23, 2014     PHILLIPS, ERLEWINE & GIVEN LLP

By /s/ Cari A. Cohorn
   Cari A. Cohorn
   David M. Given
   Alexander H. Tuzin
   Attorneys for Plaintiff/Counterdefendant

Dated: October 23, 2014     GLOTZER & SWEAT, LLP

By /s/ Joshua W. Glotzer
   Joshua W. Glotzer
   Steven M. Sweat
   Attorneys for Defendant/Counterclaimant

## [PROPOSED] ORDER

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

Date: October __, 2014     _____
   Nathaneal M. Cousins
   United States Magistrate Judge

**ATTESTATION**

I, Cari A. Cohorn, am the ECF user whose identification and password are being used to file the instant document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ Cari A. Cohorn
Cari A. Cohorn
Attorney for Plaintiff/Counterdefendant

Phillips, Erlewine & Given LLP
50 California Street, 32nd<sup>h</sup> Floor
San Francisco, CA 94111
Telephone: (415) 398-0900