UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date:    October 22, 2014

Case No:  **3:13-cv-04005 NC**

Case Name:    Anton Newcombe v. Jeffrey Davies

Counsel for Plaintiff:    Cari Cohorn

Counsel for Defendant: Joshua Glotzer

Deputy Clerk:   Lili M. Harrell          FTR:  8:54am - 9:24am
                                         Time:  30 min

**PROCEEDINGS:**                                         **RULINGS:**

- **Plaintiff's Motion to Dismiss, or alternatively, Rule 56 Motion     Submitted
  for Partial Summary Judgment [65]**

**ORDER:**
   - Parties to submit joint proposed order regarding scheduling. by October 24, 2014.
   - Further case management conference set for January 7, 2015 at 10:0am.
   - Joint case management statement due January 5, 2015.


Order to be prepared by:  [ ]  Plaintiff  [ ]  Defendant  [x]  Court


Notes:

cc: