DAVID M. GIVEN (State Bar No. 142375)
CARI A. COHORN (State Bar No. 249056)
ALEXANDER H. TUZIN (State Bar No. 267760)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Telephone: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
cac@phillaw.com
aht@phillaw.com

Attorneys for Plaintiff and Counterdefendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JONESTOWN MASSACRE, a doing business as designation for ANTON NEWCOMBE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY DAVIES,<br><br>　　　　Defendant. | Case No: CV-13-04005-NC<br><br>**NOTICE OF SETTLEMENT; [~~PROPOSED~~] ORDER** |
| JEFFREY DAVIES,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ANTON NEWCOMBE,<br><br>　　　　Counterdefendant. | |

Plaintiff and Counterdefendant Anton Newcombe and Defendant and Counterclaimant Jeffrey Davies (collectively the "Parties") have reached an agreement to settle the above-entitled action, including all claims and counterclaims, and have executed a formal and binding settlement agreement. Accordingly, the Parties jointly submit this Notice of Settlement and the parties need not submit a joint proposal for scheduling on October 24, 2014. The Court will ~~respectfully request that the Court take all pending dates off-calendar but~~ retain jurisdiction of the case until the filing of a stipulation for mutual dismissal. Certain terms of the settlement are to be performed on or before December 15, 2014, and if performed, will result in the parties filing a stipulation for mutual dismissal of the entire action on that date. No other deadlines are modified by this Order.

Dated:  October 23, 2014          PHILLIPS, ERLEWINE & GIVEN LLP


                                  By /s/ Cari A. Cohorn
                                     Cari A. Cohorn
                                     David M. Given
                                     Alexander H. Tuzin
                                     Attorneys for Plaintiff/Counterdefendant

Dated:  October 23, 2014          GLOTZER & SWEAT, LLP


                                  By /s/ Joshua W. Glotzer
                                     Joshua W. Glotzer
                                     Steven M. Sweat
                                     Attorneys for Defendant/Counterclaimant


[~~PROPOSED~~] ORDER

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.


Date: October 23, 2014            _____
                                  Nathanael M. Cousins
                                  United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins*

## ATTESTATION

I, Cari A. Cohorn, am the ECF user whose identification and password are being used to file the instant document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ Cari A. Cohorn
Cari A. Cohorn
Attorney for Plaintiff/Counterdefendant

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd<sup>h</sup> Floor
San Francisco, CA 94111
Telephone: (415) 398-0900