DAVID M. GIVEN (State Bar No. 142375)
CARI A. COHORN (State Bar No. 249056)
ALEXANDER H. TUZIN (State Bar No. 267760)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Telephone:  415-398-0900
Fax:             415-398-0911
Email: dmg@phillaw.com
           cac@phillaw.com
           aht@phillaw.com

Attorneys for Plaintiff and Counterdefendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JONESTOWN MASSACRE, a doing business as designation for ANTON NEWCOMBE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY DAVIES,<br><br>    Defendant. | Case No:   CV-13-04005-NC<br><br>**STIPULATION FOR MUTUAL DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| JEFFREY DAVIES,<br><br>    Counterclaimant,<br><br>    v.<br><br>ANTON NEWCOMBE,<br><br>    Counterdefendant. | |

**STIPULATION FOR MUTUAL DISMISSAL WITH PREJUDICE — Case No. 13-cv-04005-NC**

Plaintiff and Counterdefendant Anton Newcombe ("Newcombe") and Defendant and Counterclaimant Jeffrey Davies ("Davies," collectively the "Parties"), by and through their respective undersigned counsel of record, having entered into a full and final settlement agreement, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41, to (a) the dismissal with prejudice of all claims asserted by Newcombe against Davies, with each party to bear its own attorneys' fees and costs, and (b) the dismissal with prejudice of all counterclaims asserted by Davies against Newcombe, with each party to bear its own attorneys' fees and costs.

SO STIPULATED.

Dated:  December 22, 2014          PHILLIPS, ERLEWINE & GIVEN LLP


By /s/ Cari A. Cohorn
   Cari A. Cohorn
   David M. Given
   Alexander H. Tuzin
   Attorneys for Plaintiff/Counterdefendant

Dated:  December 22, 2014          GLOTZER & SWEAT, LLP


By /s/ Joshua W. Glotzer
   Joshua W. Glotzer
   Steven M. Sweat
   Attorneys for Defendant/Counterclaimant

**ATTESTATION**

I, Cari A. Cohorn, am the ECF user whose identification and password are being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ Cari A. Cohorn
   Cari A. Cohorn
   Attorney for Plaintiff/Counterdefendant

1

**STIPULATION FOR MUTUAL DISMISSAL WITH PREJUDICE — Case No. 13-cv-04005-NC**

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 31, 2014

Nathanael M. C...

**GRANTED**

Judge Nathanael M. Cousins

2
**STIPULATION FOR MUTUAL DISMISSAL WITH PREJUDICE — Case No. 13-cv-04005-NC**

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900